**EXHIBIT A**



# New Beginning Missionary Baptist Church
7100 Columbia Pike
Annandale, Virginia 22003

**Alphonso Jackson, Chair Deacon Min**
703-644-0716
**Samuel Thompson, Chair Trustee Min**
757-897-1126

**Rev. Dr. Edward Young, Sr., Pastor**
703-628-3589
**Donald Wright, Church Clerk**
703-944-8240

The Honorable Michael S. Nachmanoff
United States District Court
Eastern District of Virginia
401 Courthouse Square

January 27, 2025

I, Donald R. Wright, write this letter of reference about Mr. Xavier Jackson with whom I had the pleasure to know for more than most of his life. I am a veteran of the US Army and presently serve as a civil servant in the field of Equal Employment Opportunity, I also serve as a Deacon, Minister of Music and Church Clerk for the church to which both he and I attend. I was charged with direct supervision over Xavier in our music department.

During "most of his life", he has demonstrated numerous qualities as a valuable person in our church and community. In addition to this, I have observed him being polite towards those he knows and those not known to him personally. He is a hard-worker and always willing to help when and where needed.

In all the years I've known Xavier, he has exhibited an extremely high level of honesty and integrity. I have watched him grow from a small shy little boy to manhood working his way into life skills freedom. I was simply amazed and proud when he broke away from his parent's roof securing his own habitat. In addition, Xavier managed to secure the purchase of a high-end vehicle without the assistance of his parents and impressively managed to negotiate a long-term maintenance deal with the dealership. He has for years displayed acts of kindness towards the elderly members of our church and has volunteered in charitable church efforts such as assisting with the distribution of food within our community, participated in raising funds for our food distribution effort by volunteering to support our church yard sale.

Xavier continues to seek out opportunities for upward mobility in the form of career progression by securing the job of choice to make his life easier. Understandably, the economy (in its current state) does not lend for an easy process. I remember when Xavier was a small tot, he played a couple of instruments (such as, Flute, Violin, Clarinet). He was school taught to read music, but he is self-taught on other instruments (such as the drums, Piano and subsequently the Bass guitar). He became one of our lead instrumentalists over the years. I am extremely proud of his accomplishments.

Please permit me to speak of his poor judgment for the recent activity as related to charges of sexual contact with minors. As a personal friend to both (Xavier's Parents and himself), I felt compelled to talk with him. Although I was not permitted to visit him in person, I did get the opportunity to speak directly with him since his incarceration and in our conversation, I feel certain that he fully understands the gravity of his actions and is remorseful the same.

In closing, Xavier is a very enthusiastic and sensible person. In my conversation with him, we concluded he made a bad mistake. With every fiber of my being, I truly believe he will not make this mistake again in life.

Under this pretext, I strongly recommend Xavier as a more than suitable person. I pray you receive this as a solid testimony of how he is and his mental and moral qualities, and I further pray that you consider this letter when determining the outcome of this case.

In case you need any further information, please, do not hesitate to contact me

Respectfully and sincerely,

*[signature]*
Donald R. Wright
703-944-8240



# New Beginning Missionary Baptist Church
7100 Columbia Pike
Annandale, Virginia 22003

**Alphonso Jackson, Chair Deacon Min**
703-644-0716
**Samuel Thompson, Chair Trustee Min**
757-897-1126

**Rev. Dr. Edward Young, Sr., Pastor**
703-628-3589
**Donald Wright, Church Clerk**
703-944-8240

The Honorable Michael S. Nachmanoff          January 8, 2025
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Dear Judge Nachmanoff:

My name is Rev. Dr. Edward Young, Sr., Pastor of New Beginning Missionary Baptist Church. I have served as Pastor of Xavier and family since January 2000.

I was very disappointed when I heard from his Father Alphonso Jackson about Xavier charges of sexual contact with minors. Xavier was raised in a Christian home. He has always proved to be an outstanding young man in his conduct and moral perspectives. This conduct does not represent the true character of Xavier, I know.

I have known Xavier from a child to the present time in his life. Xavier has always been very active in church ministries. He has helped with many Youth activities in the church. Community Yard Sales, Musical Concerts, Christmas Gathering displaying the ultimate Christian principles in caring and helping others.
Xaiver has the moral conviction to overcome this setback in his life.

This kind of behavior is not the true representation of the Man I know. Xavier has a love for music and singing. A God given gift he freely shares with the world. He is one of the church musicians for many years and lead Singer in Sunday morning worship service.

I am Xaiver Pastor who is available to support him in every way possible. He made some bad choices as we all have in our lifetime. But I truly believe that he will not repeat these mistakes again. Xaiver is a God-fearing man who learn from his mistakes. I trust God that he will give Xavier the Spiritual power to bear his cross for his mistakes. I believe he will be a productive person when this case is over. God's blessings.

Sincerely,

Rev. Dr. EDWARD Young, Sr.

February 1, 2025

The Honorable Michael S. Nachmanoff
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Dear Judge Nachmanoff:

We are the parents of Xavier Jackson; Alphonso L. Jackson and Brenda Gibson-Jackson.

We are extremely disappointed in Xavier's behavior by having sexual contact with minors. Xavier was raised to respect others and live by Biblical principles. We have lived a life before him reflecting those valves.

I am a Deacon, Trustee, and Sunday School Superintendent. My wife is a Deaconess and president of the Senior Choir in our church ministry. We taught Xavier to serve the community and others; he was an Usher and later a gifted musician, singer and served in activities in the ministry.

This behavior while disappointing to the family does not represent Xavier as a man. He is truly sorry for the pain it caused, all who knows him including all victims. He has been a very supporting and respectful son. He is always willing to help others to accomplish their needs and goals.

We his parents are here to receive him with open arms as love no bounds realizing we all have sin and come short. We will do all we can to help him to get past his mistake in this matter and overcome this setback in his life. With the dedicated support from his family and the conversations with our son we have faith that he will never do anything like this again and he will be a productive person when this case is over.

Sincerely,

*Alphonso L. Jackson*
*Brenda Gibson-Jackson*

Alphonso L. Jackson &
Brenda Gibson-Jackson